966 A.2d 1076

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANGEL CARTAGENA, DEFENDANT–PETITIONER.

February 26, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for further

proceedings in light of *State v. Slater*, 198 *N.J.* 145, 966 *A.*2d 461 (2009).